HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>      Plaintiff,<br>v.<br><br>ASSOCIATED PETROLEUM<br>PRODUCTS INC.,<br><br>      Defendant. | Case No. 3:21-cv-05895-BHS<br><br>ORDER CONTINUING<br>DEADLINES |

This matter comes before the Court on Plaintiff Waste Action Project's and Defendant Associated Petroleum Products Inc.'s joint motion for a 60-day extension of the disclosure of expert testimony, disclosure of rebuttal expert testimony, motions related to discovery, discovery completion, and dispositive motions deadlines.

ORDER CONTINUING DEADLINES - 1

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

The Court finds good cause to continue the parties' disclosure of expert testimony deadline from November 7, 2022 to January 6, 2023; disclosure of rebuttal expert testimony deadline from December 7, 2022 to February 6, 2023; motions related to discovery deadline from December 19, 2022 to February 17, 2023; discovery completion deadline from January 17, 2023 to March 18, 2023; and dispositive motions deadline from February 15, 2023 to April 18, 2023.

IT IS SO ORDERED this 7th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:    *s/Savannah Rose*
Savannah Rose, WSBA No. 57062
Attorney for Plaintiff